**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TUANJA ANDERSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>LCSW LOPEZ, et al.,<br><br>                    Defendants. | No. 2:22-cv-08658-SPG-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records and files herein, and the Magistrate Judge's interim Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.      The Report and Recommendation is accepted.

2.      Defendant's Motion to Dismiss is **granted** as to the interaction alleged on April 25, 2022; and **denied as to the interaction alleged on April 24, 2022**.

4.      **No later than 30 days from the date of this Order**, Plaintiff shall either (a) file a First Amended Complaint remedying the deficiencies detailed in the Report and Recommendation; or (b) notify the Court in writing

that he intends to proceed only on the portion of the Complaint relating to the April 24, 2022, incident.

5.     If Plaintiff takes no action by the Court-imposed deadline, this matter shall proceed only on the portion of the Complaint relating to the April 24, 2022, incident.

6.     The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: <u>March  26, 2024</u>

_____
HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE