UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**   2:22-cv-08658-SPG-BFM                          **Date:**   June 7, 2024

**Title:**   *Tuanja Edward Anderson v. LCSW Lopez, et al.*

===================================================================

Present: The Honorable:  Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| --- | --- |
| N/A | N/A |

**Proceedings:**   (In Chambers) Order to Show Cause re: Failure to Prosecute

  On November 28, 2022, Plaintiff Tuanja Anderson filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF 1 ("Complaint").) The Court authorized service on Defendants Lopez and Movsesyan. (ECF 9.) On May 23, 2023, both Defendants filed a Motion to Dismiss the Complaint. (ECF 22.) On March 26, 2024, the District Judge assigned to this case accepted this Court's Report and Recommendation dismissing Plaintiff's Complaint, in part, with leave to amend. (ECF 35.) Plaintiff was ordered to either file a First Amended Complaint remedying the deficiencies identified in the Report and Recommendation, or notify the Court that she intended to proceed only on the claims found sufficient in the Court's Order denying the Defendants' Motions to dismiss. The deadline for Plaintiff to do so was April 26, 2024.

  Plaintiff has not taken either action. And, since filing a request for emergency transfer on October 20, 2023, Anderson has not been in contact with the Court.

  The Court therefore orders Plaintiff to show cause—meaning, to explain—why the case should not be dismissed for failure to prosecute the case.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**   2:22-cv-08658-SPG-BFM          **Date:**   June 5, 2024

**Title:**   *Tuanja Edward Anderson v. LCSW Lopez, et al.*

=================================================================

Plaintiff's response to this Order must be filed **by July 8, 2024**. Complying with the Court's prior order, and either filing a First Amended Complaint or notifying the Court that it intends to proceed only as to the claim previously found adequate, will constitute an adequate response to this Order.

    **Failure to respond to this Order by July 8, 2024, will result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and/or to comply with Court orders**.


cc:   Tuanja Edward Anderson, pro se
       Counsel of record


Initials of Preparer:   ch